SCANNED

1:18-CV-170-KD-B

# IN THE UNITED STATES COURT MOBILE, ALABAMA

NATIONALIST SOVEREIGN INHABITANTS BUSINESS FEDERAL EMPLOYER NATIVES TAX ID#: 37-1880026, etal.,

Vs.

SHERIFF RAY NORRIS, etal., CLARKE Co., JAIL, AND Parole BOARD of Alabama STATE, etal

FOREIGN NATION STATE GOV HABEAS CORPUS Pursuant: 28 USC § 2241(a)(b)(c)(1)(2)(3)(4)(5) BUSINESS FEDERAL EMPLOYER TAX ID#: 37-1880026 ON WARRANT No.: WR-18-000084.00 CASE NO.: DC-18-109 CLARKE COUNTY DISTRICT COURT: CV-18-00002.00 CLARKE Co., COURTHOUSE Good Cause To Wit following:

## ISSUES

1. This is a Sovereignty Diplomatic National Nation State Gov NATIVES Peronam In propria Personam of IRS. GOV FEIN#: 37-1880026

2. The Personam is a Sovereign Inhabitants OLMEC's Tribe, And Washitaw Tribe NATIVE of Morocco AMERICA Republic National Flag since

3. Alabama STATE GREAT SEAL AUTHORITY STATUTORY CODE AND SEAL IS Void Fraudulent praticed since MAY 01, 1901 A.D.

4. Alabama STATE JUDICIAL BODY, LEGISLATIVE BODY, AND EXECUTIVE BODY JURISDICTIONAL AUTHORITIES IS VOID Fraudulent praticed Since MAY 01, 1901 A.D.

5. Alabama STATE Eleventh Amendment Ala. code 1975 § 6-6-20(g) ALA Const ART., 1, § 14, Sec 14 IS Void under U.S. Const 10th Amendment @ ART VI., Cl., 2 28 USC § 2254 (a), 2241 (a)(b)(c)(1)(2)(3)(4)(5)

6. Alabama STATE Constitutional Authority MAY 21, 1901 is Void Fraudulent praticed And Lacks Standing of U.S. Constitution 10th Amendment @ ART VI. Cl., 2 28 USC § 2254 (a) § 28 USC § 2241 (a)(b)(c)(1)(2)(3)(4)(5) FEIN # 37-188 0026 (See) Alabama STATE COURT OF CRIM. App. No.: CR-15-0076, SOVEREIGN Inhabitants Government Diplomatic Operation

7. Alabama STATE STATUTORY AUTHORITIES CODES 1975 subsections is Void Fraudulent praticed And Lacks STANDING

8. Ala code 1975 § 13A Subsection is Void Fraudulent praticed.

9. Ala code 1975 § 14 Subsection is Void Fraudulent praticed

10. Ala code 1975 § 15 subsection is Void Fraudulent Praticed.

11. Ala civil codes 1975 subsection is Void Fraudulent praticed

12. Alabama State Amend No. 328, § 6.04(b) Ala. Const. 1901 is Void Fraudulent praticed And Lacks Standing.

13. Ex parte Seymour No. 1050597, 2006 WL 1039747 at 3X Ala. Jun. 30, 2006)(emphasis added)(Alabama code (1975) is Void Fraudulent praticed And LACKS STANDING (See) Ala code 1975 § 41-22-21, 22 section

Supporting Proof of All Claims 1- Thru -13:

A. See Email: of Feb 2018 @ EACO305O66165@gmail.com From Alabama State ATTORNEY General @ Alabama Board of Pardons and Paroles Montgomery, AL 36130.

B. OTHER Facts supporting:

(See) PEREZ Vs. Alabama State ATTORNEY General, No.: CIVIL ACTION CV-17-2060-MHH-TMP at U.S. Court of Birmingham, AL 36502.

C. OTHER Facts Supporting:

(See) MARCUS O. TATE Vs Alabama STATE Board of Pardons And Paroles Case No.: CR-17-0233 Alabama Court of Criminal Appeals, Montgomery, AL 36130

SOVEREIGN INHABITANTS DIPLOMATIC GOV Operation FEIN #: 37-1880026

D. OTHER Supporting FACTS:

(see) MARCUS O. TATE Vs. STATE of Alabama CASE NO. CR-15-0076 WR-15-183, DC-17-183 Wilcox County District Court Dismissed Jan 31, 2018 Lacking subject-matter Jurisdictional Authority.

E. Other Supporting FACTS:

(SEE) Ex parte Cedric L. Wallace vs. STATE of Alabama CASE NO. CR-16-0799 of August 14, 2017 of Alabama Court of Criminal Appeals, Montgomery, AL 36130

F. Other Supporting FACTS:

(SEE) Marcus O. Tate Vs. Ala State Legislative Body, etal Civil Action No.: CV-18-00002.00 Clarke Co. Circuit Court Grove Hill, AL 36451... Assigned To Judge C. Robert Montgomery.

G. In DC-18-109 Clarke Co., Court. There is NO Victim In CASE WR-18-000024

H. There is No Eyewitness

I. There is NO hAnd prints

J. There is NO Possession

K. The WARRANT is total Void on It FACE

L. There is NO Physical Evidence For Clarke co Grand jury TO RETURN A "TRUE BILL" INDICTMENT IN DC-18-109/WR-18-000024.00

M. We Attacking Jurisdictional Authorities

N. We Attacking Constitutional Authority, (See) Ala. court of Criminal App. No.: CR-15-0076 WR-15-183, DC-17-183, Alabam Appeals court And FEIN# 37-1880026 SOVEREIGN Inhabitants Diplomatic GOV

o. We Attacking Statutory Authorities

p. We Attacking The Great Seal of Alabama State

N. We Attacking The Eleventh Amendment of Alabama

## Conclusion #1

REVOKE Alabama STATE charter Sovereign Inhabitants Great SEAL, constitution, Statutory Authority, And Jurisdictional Authorities,

And Revoke The Poarch Band of Creek Indians charter Constitution Authority, Statutory Authorities, Jurisdictional Authorities, GREAT SEAL, And Sovereign Inhabitants Authorities

And MANdate the U.S. Military To Remove All NON- Moors OLMEC'S Tribe, And NON-WAshitaw Tribe Europeans From our X67 LAnd And Soil Forever! without Destorying our Land Homes And without Taking Any Money From BANKS, SEA ports etc., And From All our Business Store's, service STATIONS, All Shopping Center's out of OUR SEA port From This whole Great STATE

And Federal Arrest All And Any In Grove Law Enforcement With "High TREASON'S Indictments" And "High Treason Complaints Death Warrants"

SOVEREIGNTY/
NATION STATE
FEIN#:
37-1880026

## CONCLUSION #2

The U.S. Court of this Southern District has Subject Matter Jurisdiction Authorities, Constitutional Authority, and Statutory Authorities. And GREAT SEAL of the U.S. Authority And SOVEREIGNTY NATIONALIST U.S. NATION Authorities OVER "SHERIFF RAY NORRIS" AT CLARKE COUNTY JAIL And CLARKE COUNTY CIRCUIT COURT No.: DC-18-109/ WR-18-000084.00/ And CV-18-00002.00/ And CR-17-0233 And

Alabama Supreme Court No.:
1170557 / DC-18-109
Pursuant: Statutory Authorities
28 USC §§§ 1331, 1332,
And 1333 Fed. R. Civ. P. Rule 9(h)
At 28 USC §§ 2254(a) and
2241 (a)(b)(c)(1)(2)(3)(4)(5)
Foreign Nation State Gov
Habeas Corpus Federal
Employer Business Tax ID
# 37-1880026

1. The Issues Appealed for U.S. Court Judicial Review:

A. Alabama State Void Eleventh

Amendment Immunity Sovereign Inhabitants Shield Ala. Codes 1975 § 6-6-20(9) ALA Const ART. 1, § 14 Sec. 14.

B. ALA STATE AMEND No. 328 § 6.04(b) ALA Const 1901.

C. ALABAMA STATE GREAT SEAL Authorities Statutory Code 1975 Subsection.

D. ALABAMA STATE Constitutional Authority MAY 21, 1901 John B. KNOXS Convention.

(SEE) Alabama STATE CRIMINAL Appeals COURT No.: CR-15-0076, WR-15-183 DC-17-183 AT Appellate Court of Appeals SOVEREIGN INHABITANTS DIPLOMATIC GOV Operation #37-1880026

E. Alabama STATE STATUTORY Authorities Civil And Criminal Codes 1975 Subsections LAWS.

F. Alabama STATE JURISDICTIONAL Authorities ...

G. <u>Ex Parte SEYMour, No.: 1050597, 2006 WL 10303947 at 3)</u> (Ala. Jun. 30, 2006)(emphasis Added). (Alabama code 1975)...

H. Alabama STATE COURTS "TRUE BILL" Fraudulent Praticed Void INDICTMENTS RETURNED by Clarke county COURT

Grand Jury Foreman Signature
In Pre-sentence Investigation
Report ALDOC# 180664
And other's ..

I. Clarke county Void WARRANT
Complaints In Pre-sentence
Investigation Reports
P.S.I. ALDOC# 180664
And DC-18-109 And
CV-18-00002.00.

J. The STATE OF ALABAMA
And All ENTITY LACKS subject-
MATTER JURISDICTIONAL
AUTHORITIES, CONSTITUTIONAL
AUTHORITY, AND STATUTORY
AUTHORITIES CODES 1975 Subsections

-F-

Now My Supporting FACTS Is <u>PEREZ Vs. United States ATTORNEY GENERAL JEFF SESSION</u> No.: <u>CV-17-2060-MHH-TMP AT U.S. COURT of Birmingham, AL 35203</u>

other's Supporting Facts (SEE) Email: <u>EACO305066165 @ gmail.com of Feb/2018</u> of Alabama STATE ATTORNEY General AT Alabama Board of Pardons And Paroles (SEE) All Established CASE LAWS Supporting Facts

WE MOVE Alabama STATE Constitutional Authority, STATUTORY Authorities, Jurisdictions Authorities, GREAT SEAL, And Eleventh Amendments To be Hereby MANdated Forever Abolished And Revoked OVER No.: DC-18-109, CV-18-00002.00 And Alabama STATE Pre-sentence Investigation Report ALDOC#: 180664 A True NATIVES OLMEC'S TRIBE / WASHITAW TRIBE INDIANS NATIVES MOORS

BUSINESS FEDERAL EMPLOYER TAX ID # 37-1880026

AFFIRM UNDER PENALTY OF PERJURY 28 USC § 1746 WE Properly Filed this Foreign NATIONAL NATION STATE GOV HABEAS CORPUS under IRS GOV Business Federal Employer TAX ID # 37-1880026 DAY 28 month 3rd A.D. 2018

/s/ Drelijah J. Muhammad

Drelijah J. Muhammad II
P.O. Box 913
Grove Hill, AL 3645

# CERTIFICATE OF SERVICE

upon Sheriff Ray Norris Lawyer:
Wilson & Drinkard Law Office
P.O. Box 99
Grove Hill, AL 36451

CC: Ala Probation And Paroles Grove Hill, AL 36451

c: Sheriff Ray Norris
P.O. Box 913
Grove Hill, AL 36451

SUMMER SCRUGGS PADGETT
CIRCUIT CLERK
P.O. Box 921
GROVE HILL, ALABAMA 36451

cc: D.A. Spencer B. Walker
114 Court Street
Grove Hill, AL 36451

Day 28   month 3rd   A.D. 2018

/S/ _Dreligh J. Mahon_
Dreligh J. Mahon
P.O. Box 913
Grove Hill, AL 36451



# IN THE SUPREME COURT OF ALABAMA

March 21, 2018

1170557

Ex parte Drelijah J. Muhammad.  PETITION FOR WRIT OF MANDAMUS: CRIMINAL  (In re: Drelijah J. Muhammad v. State of Alabama) (Clarke District Court: DC-18-109).

### ORDER

IT IS ORDERED that this cause is TRANSFERRED to the Court of Criminal Appeals pursuant to § 12-3-9, Code of Alabama, 1975.

IT IS FURTHER ORDERED that further proceedings in this cause shall be filed with the Court of Criminal Appeals pursuant to the rules of procedure applicable to that court.

**Witness my hand this 21st day of March, 2018.**

*[signature: Julia Jordan Weller]*

**Clerk, Supreme Court of Alabama**

```
FILED
March 21, 2018
7:45 am

Clerk
Supreme Court of Alabama
```

cc:
D. Scott Mitchell
James H. Morgan, Jr.
Clarke County Circuit Clerk's Office
Drelijah J. Mahummad
Steven Marshall

## THE STATE OF ALABAMA - - JUDICIAL DEPARTMENT
## THE ALABAMA COURT OF CRIMINAL APPEALS

**CR-17-0233**

Marcus O. Tate v. Alabama Board of Pardons & Paroles  (Appeal from Montgomery Circuit Court: CV15-700)

## CERTIFICATE OF JUDGMENT

To the Clerk of the above noted Trial Court, Greetings:

WHEREAS, the appeal in the above-referenced cause has been considered by the Court of Criminal Appeals; and

WHEREAS, an order was issued this date in said cause containing the judgment indicated below:

### Appeal Dismissed

NOW, THEREFORE, pursuant to Rule 41 of the Alabama Rules of Appellate Procedure and the order of dismissal, it is hereby certified that the aforesaid judgment is final.

> Witness.D. Scott Mitchell, Clerk
> Court of Criminal Appeals, on this
> the 20th day of March, 2018.
>
> *D. Scott Mitchell*
>
> Clerk
> Court of Criminal Appeals
> State of Alabama

cc: Hon. J. R. Gaines, Circuit Judge
    Hon. Tiffany B. McCord, Circuit Clerk
    Marcus O. Taite, Pro Se
    Office of Attorney General

DRELIJAH J. MUHAMMAD
P.O. BOX 913
GROVE HILL, AL
36451

UNITED STATES CLRK
OFFICE
U.S. COURT
113 ST. JOSEPH STREET
MOBILE, AL 36602

Mailed from Clarke County Jail
Not responsible for Contents