# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| DRELIJAH J. MUHAMMAD, | : | |
| --- | --- | --- |
| Petitioner, | : | |
| vs. | : | Civil Action No. 18-00170-KD-B |
| RAY NORRIS, | : | |
| Respondent. | | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated July 17, 2018, is **ADOPTED** as the opinion of this Court.

Accordingly, this action is dismissed without prejudice for failure to comply with the Court's orders dated April 24, 2018 (doc. 2), May 21, 2018 (doc. 7), and June 13, 2018 (doc. 9).

**DONE** this 6th day of August 2018.

    s/ Kristi K. DuBose
    KRISTI K. DuBOSE
    CHIEF UNITED STATES DISTRICT JUDGE